UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2239 (PAM/JGL)

MARTHA ENLUND,

Plaintiff,

v.

**PRETRIAL ORDER**

JAMES REYNOLDS, et al.,

Defendants.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is five to seven days;

2. All motions which seek to amend any pleading or to add any parties must be filed prior to March 15, 2001;

3. Plaintiff shall disclose all expert witnesses, including reports, by July 15, 2001; Defendants shall disclose all expert witnesses, including reports, by August 15, 2001;

4. The period during which the parties may seek discovery shall be completed by October 1, 2001;

5. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to October 1, 2001;

6. Until further notice, all dispositive motions must be noticed, served and filed, in accordance with the local rules, prior to November 1, 2001; and

7. This case will be considered "ready for trial" as of December 1, 2001.

DATED: January 8, 2001

JONATHAN LEBEDOFF
United States Magistrate Judge

JAN 08 2001
Filed ______
Francis E. Dosal, Clerk
Judgment Entd. ______
Deputy Clerk ______