UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Martha Enlund, on behalf of her minor son, M. E,

Plaintiff,

vs.

James Reynolds, Jesse Lopez, John Grove and Julie Casper, in their individual and official capacities as Minneapolis police officers; and the City of Minneapolis,

Defendants.

Case No. 00-CV-2239(PAM/JGL)

ORDER APPROVING MINOR SETTLEMENT

Plaintiff's Motion for Approval of Minor Settlement is hereby granted.

Dated: April 17, 2001

BY THE COURT:

Jonathan Lebedoff
U.S. Magistrate Judge

727/order app

APR 1 2001
FILED
FRANCIS E. DOSAL, CLERK